**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

KENNETH RAY IRVIN
REG #23587-009                                                                                          PLAINTIFF

V.                                      4:10CV00107 SWW

UNITED STATES OF AMERICA                                                                    DEFENDANT


**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 23rd day of March, 2010.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE